FILED
CIVIL DIVISION
OCT 07 2025

Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone (202) 879-1133 Website www.dccourts

2025 56 763793 6

Case No. _____

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921

**PLAINTIFF:** Uniqua Truth
**Address:** 3040 Stanton Rd SE #303
**City/State/Zip:** Washington D.C. 20020
**Telephone:** (202) 300-8787

vs

**DEFENDANT:** Donald Trump
**Address:** 1600 Pennsylvania Ave
**City/State/Zip:** Washington DC 20500
**Telephone:** (202) 456-1111

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations

This man is stalking me. he is using my phone numbres my I.D Cards has been stolen he using people in spy gear a Red beam has been sent in my home though my head I have headaches Everyday its something my friend Storm has Lost her Life because of Donald Trump. my friend Crystal Nicole is a mental Home.

2. What relief are you requesting from the Court? Include any request for money damages

I want him to leave me and my friends and family alone in this life and the afterlife

Form CA-3074 [Rev Nov 2017]     1     Super Ct Civ R 3

Civil Division
OCT 07 2025
US Attorney's Office DC

3   State any other information, of which the Court should be aware

This man has Kidnappen people, Killed people, stalking Black females

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s) Superior Court Civil Rules 11(b)

_Uniquee Yuth_
**SIGNATURE**

10-8-2025
**DATE**

Subscribed and sworn to before me this ___7___ day of __October__ 20__

(Notary Public/Deputy Clerk)

2

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone (202) 879-1133 Website www.dccourts.gov

Unique Truth ~~[signature]~~
_____ Plaintiff
vs

Donald Trump
_____ Defendant

Case Number **2025 6739**

## SUMMONS

To the above named Defendant

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Unique Truth
Name of Plaintiff's Attorney

3040 Stanton Rd SE #303
Address
Washington DC 20020

(202) 300-8787
Telephone

Clerk of the Court

By _____

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828로 전화주십시오    ያስተርጓሚ ከፈለጉ በ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traduccion al español

CV-3110 [Rev June 2017]                                   Super Ct Civ R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISION CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N W , Suite 5000, Washington, D C 20001
Teléfono (202) 879-1133 Sitio web www dccourts gov

_____ Demandante

contra

_____ Demandado

Numero de Caso _____

## CITATORIO

Al susodicho Demandado

    Por la presente se le cita a comparecer y se le require entregar una Contestacion a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiun (21) dias contados después que usted haya recibido este citatorio, excluyendo el dia mismo de la entrega del citatorio Si usted esta siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) dias, contados despues que usted haya recibido este citatorio, para entregar su Contestacion Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante El nombre y direccion del abogado aparecen al final de este documento Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestacion por correo a la direccion que aparece en este Citatorio

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N W , entre las 8 30 a m y 5 00 p m , de lunes a viernes o entre las 9 00 a m y las 12 00 del mediodia los sabados Usted puede presentar la Contestacion original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestacion o en el plazo de siete (7) dias de haberle hecho la entrega al demandante Si usted incumple con presentar una Contestacion, podria dictarse un fallo en rebeldia contra usted para que se haga efectivo el desagravio que se busca en la demanda

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante _____

Por _____
      Subsecretario

Direccion _____

Fecha _____

Telefono _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Dè có mọt bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRIA DICTARSE UN FALLO EN REBELDIA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA SI ESTO OCURRE, PODRIA RETENERSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAICES Y SER VENDIDOS PARA PAGAR EL FALLO SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N W , para informarse sobre otros lugares donde puede pedir ayuda al respecto

Vea al dorso el original en ingles
See reverse side for English original

CV-3110 [Rev June 2017]                                                                                                   Super Ct Civ R 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET

Plaintiff(s): Unique Truth

vs

Defendant(s): Donald Trump

Case Number: 2025 6739

Date: _____

☐ One of the defendants is being sued in their official capacity

| Name *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name | ☐ Attorney for Plaintiff |
| Telephone No       DC Bar No | ☐ Self (Pro Se) |
| | ☐ Other _____ |

TYPE OF CASE   ☒ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury
Demand $_____                Other _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No _____   Judge _____   Calendar # _____
Case No _____   Judge _____   Calendar # _____

## NATURE OF SUIT   *(Check One Box Only)*

**CONTRACT**
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App for Entry of Jgt Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [x] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil
- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

_____
Date

CV-496/February 2023



**FILED**
Civil Division
Civil Actions Branch
OCT 07 2025
Superior Court of the
District of Columbia

Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website www.dccourts.gov

Case No. __2025 6739__

## MOTION FOR RESTRAINING ORDER

☐ **TEMPORARY RESTRAINING ORDER**
An emergency order that lasts 14 days

☑ **PRELIMINARY INJUNCTION**
An emergency order that lasts until trial

__Unique Truth__
PLAINTIFF

vs

__Donald Trump__
DEFENDANT

__3040 Stanton RD SE #303__
Address (No Post Office Boxes)

__1600 Pennsylvana AVE__
Address (No Post Office Boxes)

__Washington DC 20020__
City   State   Zip Code

__Washington DC 20500__
City   State   Zip Code

__(202) 300-8787__
Telephone Number

__(202) 456-1111__
Telephone Number

_Email Address (optional)_

_Email Address (optional)_

1. Is there an emergency? If yes, what is the nature of that emergency? Include facts, name(s), and location(s)

   __My Life has been threaten__

2. Plaintiff requests that the Court order the Defendant(s) to

   __Stay away from me my frineds and family in this life and the after life__

Form CA-3073 [Rev Nov 2017]          1          Super Ct Civ R 65

*The following questions are optional and can be helpful to the Court*

A  What is the relationship between Plaintiff and Defendant?

☐ Landlord & Tenant
☐ Dating relationship or child in common
☐ Neighbors
☐ Co-Workers

☐ Family
☐ Friends or former friends
☑ No relationship
☐ Other (explain)

_____
_____
_____
_____

B  Were the police contacted about the incident?

☑ Yes　　　　　　　　　　　　　　☐ No

C  Was anyone arrested?

☐ Yes　　　　　　　　　　　　　　☑ No

If yes, provide the name of the individual(s) arrested

_____
_____

D  Are there any **prior** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☑ Yes　　　　　　　　　　　　　　☐ No

If yes, provide the case number(s) and location of the other court(s)

Don't Remember
But I had court date for 9-30-2025
But nothing was done because the Juge didn't send the case in weiting so I forgot to show up.

2

E  Are there any **ongoing** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☐ Yes  ☑ No

If yes, provide the case number(s) and location of the other court(s)

_____

_____

F  Is there a written or oral lease agreement between Plaintiff and Defendant?

☐ Yes  ☑ No

G  Is there an eviction pending?

☐ Yes  ☑ No

If yes, provide the eviction date and explain

_____

_____

H  Does this case involve a foreclosure?

☐ Yes  ☑ No

If yes, explain the status of the case

_____

_____

_____

I  Does this case involve students attending the same school?

☐ Yes  ☑ No

If yes, explain

_____

_____

_____

State any other information, of which the Court should be aware

At my court case, he has them Dismissed or remove to another court where nothing is getting done.

## SIGNATURE

*Unique Truth*
SIGNATURE

10-8-2025
DATE

## CERTIFICATE OF SERVICE

On _____, 20____, I mailed this motion to all the lawyers in the case, the Plaintiff(s) and the Defendant(s) who do not have lawyers, as listed below

| Name | Name |
|---|---|
| Address | Address |
| | |
| | |

SIGNATURE

DATE

## POINTS AND AUTHORITIES

What legal basis – laws, regulations, court rules or decisions – do you want the judge to consider?

Donald Trump has been convicted for 32 case. This is my second time filing a stay away order. I just want a juder to hear my case and grant me a stay away order please

*Unique Truth*
SIGNATURE

10-8-2025
DATE

4



**Superior Court of the District of Columbia**
**CIVIL DIVISION** – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D C 20001
Telephone. (202) 879-1133 Website: www.dccourts gov

Case No __2025 6739__

__Unique Truth__                      vs     __Donald Trump__
PLAINTIFF                                          DEFENDANT

### ORDER

Upon consideration of the motion for:   [✓] **TEMPORARY RESTRAINING ORDER**

[✓] **PRELIMINARY INJUNCTION**

[ ] _____

filed by _____
and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____
day of _____, 20_____.

**ORDERED:**

(1) That the motion be, and it is hereby,   [ ] **GRANTED**       [ ] **DENIED**

(2) That _____

_____
_____
_____
_____
_____
_____
_____

Copies to

_____
Judge

Form CA-7 -545 [Rev Nov 2017]          1



# Superior Court of the District of Columbia
## Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

**Case Number:** 2025-CAB-006736

**Case Style:** Unique Truth v. Donald Trump

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 01/09/2026 | 9:30 AM | Remote Courtroom 415 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Julie H Becker. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb415

   Meeting ID: 129 314 3475

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

# ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

     Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing 

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings 
[Click here for more information]

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts
# Tips for Using DC Courts Remote Hearing Sites

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are four remote access sites throughout the community which will operate **Monday – Friday, 8:30 am – 4:00 pm.**

| Remote Site – 1 | Remote Site – 3 |
|---|---|
| Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 |



| Remote Site – 2 | Remote Site – 4 |
|---|---|
| Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |



**If you want to use a remote site location for your hearing**, call 202-879-1900 or email DCCourtsRemoteSites@dcsc.gov at least 24 hours before your hearing to reserve a remote access computer station.

**If you require special accommodations such as an interpreter for your hearing**, please call 202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your case number and any hyperlinks provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call: 202-879-1900
Email: DCCourtsRemoteSites@dcsc.gov

 

# Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay cuatro sitios de acceso remoto que funcionarán **de Lunes a Viernes, de 8:30 am a 4:00 pm**.

### Sito Remoto – 1
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washinaton. DC 20003

### Sito Remoto – 2
Balance and Restorative Justice Center
1110 V Street, SE
Washinaton. DC 20020



### Sito Remoto – 3
Balance and Restorative Justice Center
118 Q Street, NE
Washinaton. DC 20002

### Sito Remoto – 4
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washinaton. DC 20018

**Si desea usar un sitio remoto para su audiencia**, llame al 202-879-1900 o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.

**Si necesita adaptaciones especiales**, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***
1. Su número de caso y todos los hipervínculos que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: 202-879-1900
Correo electrónico: DCCourtsRemoteSites@dcsc.gov